No. 1135. RUBIN *v.* NEW YORK. May 20, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied.

No. 1159. LEWIS *v.* PARKER ET UX. May 20, 1946. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

No. 1163. VLAHOS *v.* ILLINOIS. May 20, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1168. KRUSHINSKI *v.* ILLINOIS. May 20, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1184. PRICE *v.* RAGEN, WARDEN. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Winnebago County, Illinois, denied.

No. 1197. BAILEY *v.* RAGEN, WARDEN. May 20, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1207. BEAGLE *v.* RAGEN, WARDEN. May 20, 1946. Petition for writ of certiorari to the Circuit Court of Madison County, Illinois, denied.